Smiley James HARRIS, Plaintiff—Appellant,

v.

LAKE COUNTY; et al., Defendants—Appellees.

No. 05–16084.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Smiley James Harris, Lakeport, CA, pro se.

Clay J. Christianson, Esq., Kelly Jackson Christianson & Smith, Santa Rosa, CA, for Defendants–Appellees.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM ***

Smiley James Harris appeals pro se from the district court's judgment in favor of defendants in his 42 U.S.C. § 1983 action alleging illegal search, false arrest, malicious prosecution, retaliation, and due process and equal protection violations arising from his arrest for driving without a license and speeding. We review de

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

novo, *Johnson v. County of Los Angeles,* 340 F.3d 787, 791 (9th Cir.2003). We are not persuaded by Harris' contentions on appeal, and affirm for the reasons stated in the district court's May 9, 2005 order.

**AFFIRMED.**

